AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEPHANIE M. CAMPBELL,**

        **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **CAROLYN COLVIN,** | **CASE NO. 2:12-CV-0446** |
| **COMMISSIONER OF** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SOCIAL SECURITY,** | **MAGISTRATE JUDGE MARK R. ABEL** |

        **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Order filed September 11, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 11, 2013                             JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk